*E-Filed 9/20/11*

1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA  94607
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail: E-filing@pypesq.com
5
   Attorneys for Plaintiff
6  APRIL PEREZ

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13  APRIL PEREZ,                          )    NO.  C11-2134 RS
                                          )
14       Plaintiff,                       )    **SUBSTITUTION OF ATTORNEYS**
                                          )
15  v.                                    )
                                          )
16  CALIFORNIA DEPARTMENT OF              )
    CORRECTIONS AND REHABILITATION,       )
17  KATHLEEN L. DICKINSON, AND            )
    DOES 1 THROUGH 15,                    )
18                                        )
         Defendants.                      )
19  _____  )

20       Plaintiff APRIL PEREZ, having previously appeared with counsel, hereby

21  substitutes herself in pro per, in place and stead of Attorney Pamela Y. Price and the Law

22  Offices of Price And Associates.  Plaintiff's address and telephone number to which all

23  pleadings, notices or correspondence of any kind relating to this action should be sent to is:

24       April U. Perez
         1813 San Jose Street
25       Fairfield, CA  94533
         (707) 720-6241
26
27  Dated:  September 19, 2011                         _____
                                                       APRIL PEREZ, In Pro Per
28

1193P201PYP                              -1-
                         SUBSTITUION OF ATTORNEYS (C11-2134 RS)

I accept the above substitution.

Dated: September 19, 2011					PRICE AND ASSOCIATES

						*/s/ Pamela Y. Price*
						_____
						PAMELA Y. PRICE, Attorneys for
						Plaintiff APRIL PEREZ

## ORDER

The Court having read and considered the foregoing Substitution of Attorneys, hereby orders that Plaintiff shall be deemed to be her own attorney of record and shall comply with the Local Rules and all Orders of this Court.

**IT IS SO ORDERED.**

Dated: 9/20/11					*/s/ Richard Seeborg*
						_____
						HON. RICHARD SEEBORG
						UNITED STATES DISTRICT COURT