1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA 94607
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail: E-filing@pypesq.com
5
   Attorneys for Plaintiff
6  APRIL PEREZ

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12

13  APRIL PEREZ,                          )    NO. C11-2134 RS
                                          )
14           Plaintiff,                   )    **SUBSTITUTION OF ATTORNEYS**
                                          )
15  v.                                    )
                                          )
16  CALIFORNIA DEPARTMENT OF              )
    CORRECTIONS AND REHABILITATION,       )
17  KATHLEEN L. DICKINSON, AND             )
    DOES 1 THROUGH 15,                    )
18                                        )
             Defendants.                  )
19  _____ )

20       Plaintiff APRIL PEREZ, having previously appeared with counsel, hereby

21  substitutes herself in pro per, in place and stead of Attorney Pamela Y. Price and the Law

22  Offices of Price And Associates. Plaintiff's address and telephone number to which all

23  pleadings, notices or correspondence of any kind relating to this action should be sent to is:

24       April U. Perez
25       1813 San Jose Street
         Fairfield, CA 94533
26       (707) 720-6241

27  Dated: September 19, 2011
                                               _____
28                                             APRIL PEREZ, In Pro Per

1193P201PYP
                                         -1-
                    SUBSTITUION OF ATTORNEYS (C11-2134 RS)

I accept the above substitution.

Dated: September 19, 2011                    PRICE AND ASSOCIATES

*Pamela Y. Price*

PAMELA Y. PRICE, Attorneys for
Plaintiff APRIL PEREZ

### ORDER

The Court having read and considered the foregoing Substitution of Attorneys, hereby orders that Plaintiff shall be deemed to be her own attorney of record and shall comply with the Local Rules and all Orders of this Court.

**IT IS SO ORDERED.**

Dated:  9/20/11                              _____
                                             HON. RICHARD SEEBORG
                                             UNITED STATES DISTRICT COURT