PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
PRICE AND ASSOCIATES
A Professional Law Corporation
901 Clay Street
Oakland, CA 94607
Telephone: (510) 452-0292
Facsimile: (510) 452-5625
E-mail: E-filing@pypesq.com

Attorneys for Plaintiff
APRIL PEREZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APRIL PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, KATHLEEN L. DICKINSON, AND DOES 1 THROUGH 15,<br><br>    Defendants. | NO. C11-2134 RS<br><br>[~~PROPOSED~~] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND ENLARGING CASE MANAGEMENT DEADLINES |

    The Court having read and considered Plaintiff APRIL PEREZ's Ex Parte Application for Order continuing the Initial Case Management Conference, and enlarging the case management deadlines, and good cause appearing therefore, the Court adopts the following schedule:

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection and discovery plan; file Joint ADR Certification with Stipulation to ADR Process or Notice of Need for ADR Phone Conference | 9/8/11 | 11/9/11 |

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | 9/22/11 | 11/23/11 |
| Case Management Conference | 9/29/11 | 12/1/11 |

**IT IS SO ORDERED.**

Dated: 9/20/11

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT

[PROPOSED] ORDER RE: CASE MANAGEMENT (C11-2134 RS)

2

1193P203PYP