*E-Filed 9/20/11*

1  PAMELA Y. PRICE, ESQ. (STATE BAR NO. 107713)
   PRICE AND ASSOCIATES
2  A Professional Law Corporation
   901 Clay Street
3  Oakland, CA  94607
   Telephone: (510) 452-0292
4  Facsimile: (510) 452-5625
   E-mail:  E-filing@pypesq.com
5
6  Attorneys for Plaintiff
   APRIL PEREZ
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  APRIL PEREZ,                    )    NO. C11-2134 RS
                                    )
12         Plaintiff,               )    [PROPOSED] ORDER CONTINUING
                                    )    INITIAL CASE MANAGEMENT
13  v.                              )    CONFERENCE AND ENLARGING CASE
                                    )    MANAGEMENT DEADLINES
14  CALIFORNIA DEPARTMENT OF        )
    CORRECTIONS AND REHABILITATION, )
15  KATHLEEN L. DICKINSON, AND      )
    DOES 1 THROUGH 15,              )
16                                  )
                                    )
17         Defendants.              )
    _____)

18

19         The Court having read and considered Plaintiff APRIL PEREZ's Ex Parte

20  Application for Order continuing the Initial Case Management Conference, and enlarging the

21  case management deadlines, and good cause appearing therefore, the Court adopts the following

22  schedule:

23

24  **EVENT**                          **CURRENT DATE**      **PROPOSED DATE**

25  Last day to meet and confer re: initial      9/8/11              11/9/11
    disclosures, early settlement, ADR
26  process selection and discovery plan; file
    Joint ADR Certification with Stipulation
27  to ADR Process or Notice of Need for
    ADR Phone Conference
28

                    [PROPOSED] ORDER RE: CASE MANAGEMENT (C11-2134 RS)

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement | 9/22/11 | 11/23/11 |
| Case Management Conference | 9/29/11 | 12/1/11 |

**IT IS SO ORDERED**.

Dated: _ 9/20/11 _____

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT