April Perez, in pro per
1482 Phoenix Drive #9
Fairfield, CA 94533
707-294-3466

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

APRIL PEREZ,

    Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, KATHLEEN L. DICKINSON, AND DOES 1 THROUGH 15,

    Defendant(s)

Case No.: No. CV 11-02134 RS

STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE

The Parties hereby enter into this Stipulation to Continue the Settlement Conference currently set to be heard in this matter for September 5, 2012 before the Hon. Magistrate Judge Nandor J. Vadas at 11:00 a.m. in Courtroom D, 450 Golden Gate Avenue, San Francisco, CA to any date from October 9 to 12, 2012. This continuance is entered for the purpose of allowing Ms. Perez to bring a new attorney into this matter and to allow the new attorney, Donald Mah, to become familiar with this file so a meaningful settlement conference would occur.

Dated: 08-31-12

    April Perez, Plaintiff

Dated: 9-5-12

    Karen L. Donald, Counsel
    For Defendant

GOOD CAUSE APPEARING SO ORDERED, and the settlement conference is continued to a date between October 9 to 12, 2012.

Dated:

    HON. RICHARD Q. SEEBORG

Summary of Pleading - 1