1  April Perez, in pro per
   1482 Phoenix Drive #9
   Fairfield, CA 94533
2  707-294-3466

3

4                    UNITED STATES DISTRICT COURT FOR

5                    THE NORTHERN DISTRICT OF CALIFORNIA

6

7  APRIL PEREZ,                          ) Case No.: No. CV 11-02134 RS
                                          )
                                          ) STIPULATION AND ORDER TO
8           Plaintiff,                    ) CONTINUE SETTLEMENT
                                          ) CONFERENCE
9       vs.                               )
   CALIFORNIA DEPARTMENT OF CORRECTIONS   )
10 AND REHABILITATION, KATHLEEN L.        )
   DICKINSON, AND DOES 1 THROUGH 15,      )
11                                        )
                                          )
12 ,
          Defendant(s)
13 ─────────────────────────────────────

       The Parties hereby enter into this Stipulation to Continue the Settlement Conference currently set to be
14
   heard in this matter for September 5, 2012 before the Hon. Magistrate Judge Nandor J. Vadas at 11:00 a.m. in
15
   Courtroom D, 450 Golden Gate Avenue, San Francisco, CA to any date from October 9 to 12, 2012. This
16
   continuance is entered for the purpose of allowing Ms. Perez to bring a new attorney into this matter and to allow
17
   the new attorney, Donald Mah, to become familiar with this file so a meaningful settlement conference would occur.
18
   Dated: 08-31-12
19
                                              *April Perez, Plaintiff*
20

21 Dated: 9-5-12

22
                                              Karen L. Donald, Counsel
23                                            For Defendant

24     GOOD CAUSE APPEARING SO ORDERED, and the settlement conference is continued to a date
   between October 9 to 12, 2012.
25
   Dated:
26                                            HON. RICHARD Q. SEEBORG

                              Summary of Pleading - 1