UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| APRIL PEREZ, | No. 04-CV-03764 RS (NJV) |
| Plaintiff, | ORDER VACATING SETTLEMENT CONFERENCE |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

The court held a status conference in this case on October 9, 2012. Although Plaintiff is currently proceeding *pro se* in this action, she appeared at the status conference through attorney Donald Mah, who made a general appearance. At the status conference, a settlement conference was set for November 1, 2012, in Eureka.

Pursuant to the direction of District Judge Richard Seeborg, the settlement conference set for November 1, 2012, is HEREBY VACATED. The undersigned will reset it when so directed by District Judge Seeborg. The case management conference previously set by District Judge Seeborg for November 1, 2012, at 11:00 a.m. remains on calendar. (Docket no. 30.)

IT IS SO ORDERED.

Dated: October 9, 2012

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| APRIL PEREZ,<br><br>        Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al,<br><br>        Defendants._____/ | No.04-CV-03764 RS (NJV)<br><br>**CERTIFICATE OF SERVICE** |

     I, the undersigned, hereby certify that on October 9, 2012, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

April Perez
1482 Phoenix Drive, #9
Fairfield, CA 94533

Courtesy copy sent to:

Law Offices of Donald Mah
455 Hickey Blvd., Ste.501
Daly City, CA 94015

Dated: October 9, 2012

                                    /s/ *Linn Van Meter*
                                      Linn Van Meter
                                Administrative Law Clerk to the
                                Honorable Nandor J. Vadas